NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SCHOTT GEMTRON CORPORATION,**
*Appellant*

**v.**

**SSW HOLDING COMPANY, INC.,**
*Appellee*

_____

2015-1073

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00358.

_____

**JUDGMENT**

_____

MARSHALL JOHN SCHMITT, Michael Best & Friedrich, LLP, Chicago, IL, argued for appellant. Also represented by GILBERTO EDUARDO ESPINOZA; ANDREW DUFRESNE, Madison, WI.

NATHANIEL L. DILGER, One LLP, Newport Beach, CA, argued for appellee. Also represented by KAINOA ASUEGA; WILLIAM J. O'BRIEN, Beverly Hills, CA.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, MONICA BARNES LATEEF, SCOTT C. WEIDENFELLER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 11, 2015                          /s/ Daniel E. O'Toole
        Date                              Daniel E. O'Toole
                                          Clerk of Court